1  JOHNSON & WEAVER, LLP
   FRANK J. JOHNSON, Cal. Bar. No. 174882
2  KEITH M. COCHRAN, Cal. Bar No. 254346
   501 West Broadway, Suite 1720
3  San Diego, California 92101
   Telephone: 619/230-0063
4  Facsimile: 619/238-0622

5  *Counsel for Plaintiff Jean Marie Cinotto*

6  LAW OFFICE OF ALFRED G. YATES, JR., P.C.
   ALFRED G. YATES, JR.
7  519 Allegheny Building
   429 Forbes Avenue
8  Telephone: (412) 391-5164
   Facsimile: (412) 471-1033

9
   *Counsel for Plaintiff Marilyn Poulos*
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| Jean Marie Cinotto, Derivatively On Behalf Of CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAROL BARTZ, M. MICHELE BURNS, MICHAEL D. CAPELLAS, LARRY CARTER, JOHN T. CHAMBERS, BRIAN L. HALLA, JOHN L. HENNESSY, RICHARD KOVACEVICH, RODERICK C. MCGEARY, ARUN SARIN, STEVEN M. WEST, JERRY YANG, FRANK CALDERONI, ROBERT LLOYD, PHIL SMITH, RANDALL POND, GARY MOORE, and DOES 1-25, inclusive, <br><br> Defendants, <br><br> -and- <br><br> CISCO SYSTEMS, INC., a California Corporation, <br><br> Nominal Defendant. | No. 11-cv-01734-SBA <br><br> STIPULATION AND ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL |

[Caption continued on next page]

STIPULATION AND ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL

| | |
|---|---|
| MARILYN POULOS, Derivatively on Behalf of CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN T. CHAMBERS, RANDY POND, GARY B. MOORE, ROBERT W. LLOYD, FRANK A. CALDERONI, LARRY R. CARTER, JERRY YANG, CAROL A. BARTZ, STEVEN M. WEST, JOHN L. HENNESSY, RODERICK C. MCGEARY, M. MICHELE BURNS, RICHARD M. KOVACEVICH, MICHAEL D. CAPELLAS, BRIAN L. HALLA, ARUN SARIN, and MICHAEL K. POWELL, <br><br> Defendants, <br><br> and <br><br> CISCO SYSTEMS, INC., a California corporation, <br><br> Nominal Defendant. | Case No. 11-cv-01923-SBA |

STIPULATION AND ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL

1.   There are presently two related shareholder derivative actions in this Court against certain officers and directors of nominal defendant Cisco Systems, Inc. ("Cisco"). Cisco and the individual officers and directors named as defendants are referred to collectively as "defendants."

2.   In an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, the undersigned counsel for parties in the related Cisco shareholder derivative actions currently on file in this Court enter into this stipulation. The counsel are: (1) Johnson & Weaver, LLP on behalf of plaintiff Jean Marie Cinotto; (2) the Law Office of Alfred G. Yates, Jr., P.C. on behalf of plaintiff Marilyn Poulos; and (3) Fenwick & West LLP on behalf of defendants John T. Chambers, Randy Pond, Gary B. Moore, Robert W. Lloyd, Frank A. Calderoni, Larry R. Carter, Jerry Yang, Carol A. Bartz, Steven M. West, John L. Hennessy, Roderick C. McGeary, M. Michele Burns, Richard M. Kovacevich, Michael D. Capellas, Brian L. Halla, Arun Sarin, and Michael K. Powell, and nominal defendant Cisco.[1]

3.   The parties agree that it would be duplicative and wasteful of the Court's resources for Cisco and the other defendants named in plaintiffs' shareholder derivative actions to have to respond to the individual complaints before the agreed upon consolidation. Therefore, the parties agree that Cisco and all other defendants named in these actions need not respond to the individual complaints that have already been filed in this action or to any other related complaints that are subsequently assigned, removed to, or transferred to this Court.

4.   The parties agree that the following actions should be related and consolidated for all purposes, including pre-trial proceedings and trial:

| Case Name | Case No. | Filing Date |
| --- | --- | --- |
| *Cinotto v. Bartz, et al.* | 11-cv-01734-SBA | April 6, 2011 |
| *Poulos v. Chambers, et al.* | 11-cv-01923-SBA | April 20, 2011 |

---

[1] Fenwick & West LLP has agreed to represent all defendants except for defendant Phil Smith, who has not yet been served or made an appearance.

5.  The parties agree that every pleading filed in these consolidated actions, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CISCO SYSTEMS, INC. DERIVATIVE LITIGATION | ) Lead Case No. 11-cv-01734-SBA ) ) (Derivative Action) ) |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) |

6.  The parties agree that the files of these consolidated actions will be maintained in one file under Lead Case No. 11-cv-01734-SBA.

7.  Related putative shareholder class action complaints have been filed against Cisco and certain directors and officers under the Private Securities Litigation Reform Act ("PSLRA"). The earliest filed PSLRA case is *Schipper v. Cisco Systems, Inc., et al.,* Case No. 11-cv-01568-SBA (filed March 31, 2011). Pursuant to the PSLRA, it is expected that a Lead Plaintiff and Lead Counsel will be appointed and a consolidated and/or amended complaint will be filed in these related securities class actions.

8.  To facilitate pre-trial coordination with *Schipper* and the related class actions, plaintiffs in the above-captioned consolidated derivative actions shall have until 30 days after the date for the filing of a consolidated and/or amended complaint in *Schipper* to file a Consolidated Derivative Complaint in this consolidated derivative action, and the time for all defendants to answer, move to dismiss or otherwise respond to the Consolidated Derivative Complaint in this action shall be extended to 45 days after the filing of such Consolidated Derivative Complaint in this consolidated action. Plaintiffs shall have 45 days after defendants file any motion to dismiss or other response to file any opposition or other response, and defendants shall have 30 days thereafter to file any reply.

1  9. Plaintiffs agree that the Lead Counsel for plaintiffs for the conduct of these consolidated actions is below. Defendants take no position as to this appointment of Lead Counsel:

> JOHNSON & WEAVER, LLP
> FRANK J. JOHNSON
> KEITH M. COCHRAN
> 501 West Broadway, Suite 1720
> San Diego, CA 92101
> Telephone: 619-230-0063
> Facsimile: 619-238-0622

10. The parties agree that plaintiffs' Lead Counsel have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

11. The parties agree that plaintiffs' Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. The parties agree that no motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Lead Counsel.

12. The parties agree that defendants' counsel may rely upon all agreements made with plaintiffs' Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel, and such agreements will be binding on plaintiffs.

13. The parties agree that this Order will apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to or transferred to this Court.

///
///
///

14.     The parties agree that when a case which properly belongs as part of the *In re Cisco Systems, Inc. Derivative Litigation*, Lead Case No. 11-cv-01734-SBA, is hereafter filed in this Court or transferred here from another court, counsel will call to the attention of the clerk of the Court the filing or transfer of any case that might properly be consolidated as part of the *In re Cisco Systems, Inc. Derivative Litigation*, Lead Case No. 11-cv-01734-SBA, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

**IT IS SO STIPULATED.**

DATED: June 15, 2011

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
KEITH M. COCHRAN

_s/ Frank J. Johnson_
FRANK J. JOHNSON

501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

*Counsel Plaintiff Jean Marie Cinotto*

DATED: June 15, 2011

LAW OFFICE OF ALFRED G. YATES, JR., P.C.
ALFRED G. YATES, JR.

_s/ Alfred G. Yates, Jr._
ALFRED G. YATES, JR.

519 Allegheny Building
429 Forbes Avenue
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

*Counsel for Plaintiff Marilyn Poulos*

| | |
|---|---|
| 1    DATED: June 15, 2011 | FENWICK & WEST LLP |
| 2 | DEAN S. KRISTY |
| 3 | KEVIN P. MUCK |

<i>s/ Kevin P. Muck</i><br>
KEVIN P. MUCK

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2384
Facsimile: (415) 281-1350

*Counsel for Nominal Defendant Cisco Systems, Inc. and Individual Defendants John T. Chambers, Randy Pond, Gary B. Moore, Robert W. Lloyd, Frank A. Calderoni, Larry R. Carter, Jerry Yang, Carol A. Bartz, Steven M. West, John L. Hennessy, Roderick C. McGeary, M. Michele Burns, Richard M. Kovacevich, Michael D. Capellas, Brian L. Halla, Arun Sarin, and Michael K. Powell*

1  I, Frank J. Johnson, am the ECF User whose ID and password are being used to file this Stipulation Consolidating Actions and Appointing Lead Counsel and [Proposed] Order.  In compliance with General Order No. 45, X.B., I hereby attest that Alfred G. Yates, Jr., and Kevin Muck have concurred in this filing.

_s/ Frank J. Johnson_
FRANK J. JOHNSON

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

6-28-11
DATED

_[signature]_
UNITED STATES DISTRICT JUDGE