```
 1  DEAN S. KRISTY (CSB No. 157646)
    dkristy@fenwick.com
 2  KEVIN P. MUCK (CSB No. 120918)
    kmuck@fenwick.com
 3  TAI LUI TAN (CSB No. 269735)
    ttan@fenwick.com
 4  FENWICK & WEST LLP
    555 California Street, 12th Floor
 5  San Francisco, CA  94104
    Telephone:  (415) 875-2300
 6  Facsimile:  (415) 281-1350

 7  Attorneys for Defendants John T. Chambers, Randy Pond,
    Gary B. Moore, Robert W. Lloyd, Frank A. Calderoni,
 8  Larry R. Carter, Jerry Yang, Carol A. Bartz, Steven M. West,
    John L. Hennessy, Roderick C. McGeary, M. Michele Burns,
 9  Richard M. Kovacevich, Michael D. Capellas, Brian L. Halla,
    Arun Sarin, and Nominal Defendant Cisco Systems, Inc.
```

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CISCO SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. C-11-01734 SBA<br><br>**STIPULATED AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  September 14, 2011<br>Time:  3:15 p.m.<br>Place:  Telephonic |
|---|---|

Plaintiffs Jean Marie Cinotto and Marilyn Poulos ("Plaintiffs"), and Defendants John T. Chambers, Randy Pond, Gary B. Moore, Robert W. Lloyd, Frank A. Calderoni, Larry R. Carter, Jerry Yang, Carol A. Bartz, Steven M. West, John L. Hennessy, Roderick C. McGeary, M. Michele Burns, Richard M. Kovacevich, Michael D. Capellas, Brian L. Halla, Arun Sarin, and Nominal Defendant Cisco Systems, Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, these consolidated derivative actions were filed by Plaintiffs Jean Marie Cinotto and Marilyn Poulos on April 6, 2011 and April 20, 2011, respectively, and were consolidated by order of the Court dated June 28, 2011;

1    WHEREAS, these consolidated derivative actions have been deemed "related cases" to
2    putative class action lawsuits filed in this Court, the first of which is entitled *Schipper v. Cisco*
3    *Systems, Inc., et al.*, No. C-11-01568 SBA, filed on March 31, 2011 (the "*Schipper* Class
4    Action");

5    WHEREAS, pursuant to the provisions of the Private Securities Litigation Reform Act of
6    1995 ("Reform Act"), motions for appointment of lead plaintiff have been filed in the *Schipper*
7    Class Action, and the parties understand such motions are currently pending;

8    WHEREAS, it is anticipated that a consolidated amended complaint will be filed in
9    connection with the *Schipper* Class Action, and related class actions, after appointment of a lead
10   plaintiff pursuant to the Reform Act;

11   WHEREAS, to facilitate coordination with the *Schipper* Class Action and related class
12   actions, the Court entered a stipulated order on June 28, 2011 providing, among other things, that:
13   (i) Plaintiffs in these consolidated derivative actions will file a consolidated and/or amended
14   derivative complaint within 30 days after the filing of a consolidated class action complaint in the
15   *Schipper* Class Action; (ii) Defendants in these derivative actions shall have 45 days from the
16   filing of the consolidated and/or amended derivative complaint in which to respond to such
17   pleading; and (iii) Defendants need not respond to any complaint in these derivative actions in the
18   interim;

19   WHEREAS, in light of the foregoing, the parties do not expect a consolidated and/or
20   amended complaint to be filed in these consolidated derivative actions until at least October 2011
21   (or perhaps later), and do not expect Defendants to respond to such complaint until December
22   2011 (or perhaps later);

23   WHEREAS, the parties note that in the *Schipper* Class Action, the Court entered an order
24   on June 1, 2011 staying the previously scheduled case management conference and related case
25   management deadlines pending resolution of defendants' anticipated motion to dismiss;

26   WHEREAS, in light of the foregoing, the parties similarly believe that it would not be in
27   the interests of efficiency and economy to have a Case Management Conference, or to prepare a
28   case management report, at this time;

Fenwick & West LLP
Attorneys At Law
Mountain View

WHEREAS, the parties respectfully request that the Case Management Conference in this case (currently scheduled for September 14, 2011) be stayed pending resolution of Defendants' anticipated motion to dismiss.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. The case management conference presently scheduled for September 14, 2011 be stayed pending resolution of Defendants' anticipated motion to dismiss; and

2. The currently scheduled deadline for submission of a case management report (September 7, 2011) be stayed pending resolution of Defendants' anticipated motion to dismiss.

Dated: August 30, 2011  JOHNSON & WEAVER, LLP

By:  /s/ *Frank J. Johnson*
    Frank J. Johnson

Attorneys for Plaintiffs Jean Marie Cinotto and Marilyn Poulos

Dated: August 30, 2011  FENWICK & WEST LLP

By:  /s/ *Kevin P. Muck*
    Kevin P. Muck

Attorneys for Defendants John T. Chambers, Randy Pond, Gary B. Moore, Robert W. Lloyd, Frank A. Calderoni, Larry R. Carter, Jerry Yang, Carol A. Bartz, Steven M. West, John L. Hennessy, Roderick C. McGeary, M. Michele Burns, Richard M. Kovacevich, Michael D. Capellas, Brian L. Halla, and Arun Sarin, Nominal Defendant Cisco Systems, Inc.

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

STIP. AND PROPOSED ORDER STAYING CMC  3  NO. C-11-01734 SBA

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that that:

1. The case management conference in these derivative actions, presently scheduled for September 14, 2011, is hereby stayed pending resolution of Defendants' anticipated motion to dismiss; and

2. The currently scheduled deadline for submission of a case management report (September 7, 2011) is hereby stayed pending resolution of Defendants' anticipated motion to dismiss.

Dated: _9/6/11

          The Honorable Saundra Brown Armstrong
          United States District Judge