JOHNSON & WEAVER, LLP
FRANK J. JOHNSON, Cal. Bar No. 174882
SHAWN FIELDS, Cal. Bar No. 255267
110 West A Street
Suite 750
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

LAW OFFICE OF ALFRED G. YATES, JR., P.C.
ALFRED G. YATES, JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CISCO SYSTEMS, INC. DERIVATIVE LITIGATION | Lead Case No. C-11-01734 SBA |
| | **JOINT STIPULATION AND ORDER OF DISMISSAL** |
| This Document Relates To: ALL ACTIONS. | |

Plaintiffs Jean Marie Cinotto and Marilyn Poulos ("Plaintiffs"), and Defendants John T. Chambers, Randy Pond, Gary B. Moore, Robert W. Lloyd, Frank A. Calderoni, Larry R. Carter, Jerry Yang, Carol A. Bartz, Steven M. West, John L. Hennessy, Roderick C. McGeary, M. Michele Burns, Richard M. Kovacevich, Michael D. Capellas, Brian L. Halla, Arun Sarin, and Nominal Defendant Cisco Systems, Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, these consolidated derivative actions were filed by Plaintiffs Jean Marie Cinotto and Marilyn Poulos on April 6, 2011 and April 20, 2011, respectively, and were consolidated by order of the Court dated June 28, 2011;

1  WHEREAS, these consolidated derivative actions have been deemed "related cases" to
2  class action lawsuits filed in this Court, the first of which is entitled *Schipper v. Cisco Systems,*
3  *Inc., et al.*, No. C-11-01568 SBA, filed on March 31, 2011, and which was subsequently
4  consolidated with other class actions (the "Class Action");

5  WHEREAS, by the parties' stipulation and order of the Court, entered February 10, 2012,
6  all proceedings in this action have been stayed pending further developments in the Class Action;

7  WHEREAS, on March 29, 2013, this Court entered an order granting defendants' motion
8  to dismiss in the Class Action;

9  WHEREAS, on April 26, 2013, the parties to the Class Action filed a stipulation to dismiss
10  that action with prejudice, and an order dismissing that action was entered by the Court on April
11  29, 2013;

12  WHEREAS, in light of the foregoing, the parties to this action have met and conferred and
13  believe that this action should similarly be dismissed, with all parties waiving any rights to appeal
14  from any aspect of this action;

15  WHEREAS, plaintiffs and defendants agree that all parties will bear their own fees and
16  costs incurred in connection with this litigation;

17  IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the
18  parties, subject to approval by the Court, that:

19  1.  This action shall be dismissed in its entirety without prejudice, with all parties waiving
20  any rights to appeal from any aspect of this action;

21  2.  Plaintiffs and defendants will bear their own fees and costs; and

22  3.  The case is hereby closed and all scheduled dates are struck from the Court's calendar.

23  Dated: May 8, 2013                    JOHNSON & WEAVER, LLP

25                                          By:     /s/ *Frank J. Johnson*
                                                    Frank J. Johnson
26                                          Attorneys for Plaintiffs Jean Marie Cinotto and
                                            Marilyn Poulos

| | |
|---|---|
| Dated: May 8, 2013 | FENWICK & WEST LLP |
| | By:     /s/ *Kevin P. Muck* |
| |        Kevin P. Muck |
| | 555 California Street, 12th Floor |
| | San Francisco, California  94104 |
| | Telephone: (415) 875-2300 |
| | Facsimile:  (415) 281-1350 |
| | Attorneys for Defendants John T. Chambers, Randy Pond, Gary B. Moore, Robert W. Lloyd, Frank A. Calderoni, Larry R. Carter, Jerry Yang, Carol A. Bartz, Steven M. West, John L. Hennessy, Roderick C. McGeary, M. Michele Burns, Richard M. Kovacevich, Michael D. Capellas, Brian L. Halla, and Arun Sarin, Nominal Defendant Cisco Systems, Inc. |

Pursuant to Local Rule 5-1(i)(3), all of the signatories concur in the filing of this stipulation.

\*    \*    \*

## **ORDER**

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED THAT:

1. This action shall be dismissed in its entirety without prejudice, with all parties waiving any rights to appeal from any aspect of this action or its dismissal;

2. Plaintiffs and defendants will bear their own fees and costs; and

3. The case is hereby closed and all scheduled dates are struck from the Court's calendar.

Dated: __5/9/13

*[signature]*
The Honorable Saundra Brown Armstrong
United States District Judge